No. 73-6578. GRANT v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 73-6583. CAMPBELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6586. JAMES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73-6593. GRANT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73-6595. McCALL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73-6596. FELICIA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73-6599. BOEHM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73-6600. FARMER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 73-6604. SCHELLENBERG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73-6605. FOLKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6606. BARTHOLOMEW, DBA ECOLOGISTICS INSTITUTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6607. GULLEDGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-6611. HEARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.